

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Mary Ann Bridges, | § | No. 08-21-00130-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| Lorrie Uhl, Individually and as Trustee of the Lorrie Uhl GST Trust, Victoria | § | of Upton County, Texas |
| Johnson, Individually and as Trustee of the Victoria Johnson GST Trust, Susan Mertz | § | (TC# 18-09-U4673-OTH) |
| Slaughter, Michael T. Mertz, Mortimer L. Mertz, Lawson Mertez, Leonard P. Mertz, | § | |
| Individually and as Trustee of the Len Mertz Trust, Marolyn Powell Bean, | § | |
| Individually and as Trustee of the Bean Family Trust, Helen Bunger Bean, George | § | |
| Douglas Bean, David Joe Bean, et al., | § | |
| Appellees. | § | |
| | § | |

# **O R D E R**

The Court GRANTS Elizabeth Lusk's request for an extension of time within which to file the Reporter's Record until **December 13, 2021.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Elizabeth Lusk, Official Court Reporter for the 112th District Court for Upton County, Texas, prepare the Reporter's Record and forward the same to this Court on or before December 13, 2021.

IT IS SO ORDERED this 6th day of December, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.